BERKSHIRE APARTMENT ASSOCIATION, Respondent, v. LOUIS R. TAY-LOR and Another, Individually, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

JOSEPH SILVERMAN and Another, Respondents, v. UNITED STATES HOFFMAN COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Supplementary Proceedings: JAMES CONNOLLY, Respondent, v. JOHN J. CONROY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ERNEST ZERNICK, Appellant, v. JOHN LAURICELLI and Others, Copart-ners, etc., Respondents.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

OVINA ROBINSON, Appellant, v. ELSTON ROBINSON, Defendant. BREIT-BART & BREITBART, Respondents.— Order modified as stated in order and as modified affirmed, with ten dollars costs and disbursements to appellant, payable by respondents personally. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

CHARLES WALLENSTEIN, Appellant, v. BEATRICE WALLENSTEIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Application of MELVIN C. OPPERMANN, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent, for a Writ of Mandamus.— Order affirmed, with ten dollars costs and dis-bursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK GAHR-MANN, Appellant, v. LAMAR HARDY, as Corporation Counsel of the City of New York, Respondent.— Order affirmed, with ten dollars costs and dis-bursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ALLAN A. RYAN, Suing as a Stockholder of DAVID E. KENNEDY, INC., etc., Respondent, v. DAVID E. KENNEDY, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

CLARE CASSEL and Another, Respondents, v. THE BEAU-SITE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK J. STAHL.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

JOHN LEVER v. PATER C. GALLAGHER.— Motion granted, with ten dol-lars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ALMOND R. LODWICK v. EDMOND VAN DYK and Others.— Motion granted, without costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.